**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FLOYD MADROS, III,<br><br>Defendant. | 3:24-CR-00100-ACP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br>[Dkt. 65] |

Judge Matthew M. Scoble issued a Report and Recommendation concluding that the Defendant, George Floyd Madros, "has been restored to competency and is presently competent to stand trial." (Dkt. 65 at 1) No one objected to the report, and the time to do so has passed. The Report and Recommendation at Docket 65 is thus **ADOPTED** in full. The parties should be prepared to discuss a plan for this case at the upcoming hearing on October 26, 2026.

IT IS SO ORDERED.

DATED October 23, 2026, at Anchorage, Alaska.

/s/ *Aaron Christian Peterson*
Aaron Christian Peterson
United States District Judge